# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | **ORDER MODIFYING DEFENDANT'S** |
| Plaintiff, ) | **PRETRIAL RELEASE CONDITIONS** |
| ) | |
| vs. ) | |
| ) | |
| Manuel Pina, ) | |
| ) | Case No. 4:15-cr-087-1 |
| Defendant. ) | |

The court held a status conference with the parties on October 23, 2015. Per the request of the Pretrial Services Office, the court shall strike the condition of defendant's pretrial release requiring that he submit to electronic monitoring. All other conditions of pretrial release imposed by the court remain in effect.

**IT IS SO ORDERED.**

Dated this 23rd day of October, 2015.

                                                */s/ Charles S. Miller, Jr.*
                                                Charles S. Miller, Jr., Magistrate Judge
                                                United States District Court